FILED

2019 Jul-01 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SHAWNA STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.  2:18-cv-01930-RDP |
| | ) |
| JONES UTILITY AND CONTRACTING | ) |
| CO., INC.; et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT PAT JONES' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant Pat Jones, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, submits the following reply brief in support of her motion to dismiss all claims asserted against her in the First Amended Complaint (the "FAC"), with prejudice.

Plaintiff's opposition brief argues that Defendant Pat Jones' motion to dismiss should be denied; but, the only argument of any kind in her brief relates to Plaintiff's claim for "Intentional Infliction of Emotional Distress." (*See* Doc. 30 at p. 2-3).  Even then, Plaintiff cites to the elements of such a claim generally and argues in conclusory fashion that the FAC alleges that "she was harassed, badgered and retaliated against after the filing of her EEOC charge by P[at] Jones." (Doc. 30 at p. 3).[1]  As previously established in Defendants' motion to dismiss, both the federal and state courts of Alabama conclusively hold that, even if Plaintiff's conclusory allegations were accepted as true, (which they should not be), the alleged conduct complained of by Plaintiff fails to state a

---

[1] In support of her argument, Plaintiff's brief only cites to paragraphs 17-80 of the FAC generally. (*Id.*).  Yet, many of these paragraphs have nothing to do with Pat Jones, and thus Plaintiff yet again runs afoul of the rule (and this Court's order) against "shotgun pleading."

{B3195278}

valid claim for outrage as a matter of law. (*See* Doc. 23 at p. 11-12).  Plaintiff's brief cites no case law to the contrary.

Plaintiff has already been given an opportunity to amend her complaint to attempt to plead an actionable claim and has failed to do so, or even attach a proposed amended complaint that pleads a viable claim. (See Doc. 23 at p. 15).  As previously established in Defendants' motion to dismiss briefing, any further attempt would be futile, and leave to amend should not be granted. (*See id.*)  Accordingly, Defendant Pat Jones respectfully requests that her motion to dismiss all Plaintiff's claims against her in the FAC be granted in full.

Respectfully Submitted,

s/ Arnold W. Umbach III
Arnold W. Umbach III (ASB-1932-M66A)
Christopher E. Vinson (ASB-8404-K45K)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
(205) 868-6000 – Phone
(205) 868-6099 – Facsimile
tumbach@starneslaw.com
cvinson@starneslaw.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July 1, 2019,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

Scott Morro, Esq.
MORRO LAW CENTER, LLC
P.O. Box 1644
Gardendale, AL 35071
(205) 631-6301 – Telephone
(205) 285-8542 – Facsimile
*morrolawcenter@bellsouth.net*

s/ Arnold W. Umbach III
Arnold W. Umbach III (ASB-1932-M66A)
*Attorney for Defendants*
